### 6987. THOMPSON *v.* MEISKEY COMPANY.

BROYLES, J. 1. There was no abuse of discretion in overruling the motion for a continuance because of surprise by an amendment, it not appearing how and wherein the movant was less prepared to go to trial. Civil Code, § 5714; *Jones* v. *Ragan,* 136 *Ga.* 653 (5), 655 (71 S. E. 1098); *Hill* v. *Harris,* 11 *Ga. App.* 358 (75 S. E. 518).

2. There was evidence to support the verdict. No error of law appears; and the court did not err in overruling the motion for a new trial.

*Judgment affirmed.*

DECIDED MAY 24, 1916.

Complaint; from municipal court of Atlanta. September 27, 1915.

*R. B. Blackburn,* for plaintiff in error.

*Mayson & Johnson, Alvin L. Richards,* contra.